```
 1  LAWRENCE G. BROWN
    Acting U.S. Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,   )   CR. NO.   03-423-GEB
11                              )
                  Plaintiff,    )
12       v.                     )
                                )   STIPULATION TO SET DATE FOR
13  LINDA MARIE KELLY,          )   JUDGMENT AND SENTENCING AND
                                )   TO SET PSR SCHEDULE/DATES
14  _____Defendant._____)
15
```

16                          **STIPULATION AND MOTION**

17       Plaintiff United States and defendant KELLY, with advice of

18  her counsel, Carl Larson, Esq., for good cause stemming from

19  concerns to ensure adequate preparation and effective advocacy,

20  HEREBY STIPULATE and MOVE THIS COURT TO ENTER AN ORDER as follows:

21  (1) setting the sentencing hearing on April 17, 2009 at 9:00 a.m.,

22  and (2) setting the PSR schedule set forth below.  This schedule

23  has been approved by the probation officer assigned to this case.

```
24  DATED:   1/23/09           LAWRENCE G. BROWN
                               Acting U.S. Attorney
25                             By:  /s/Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
26                             Assistant U.S. Attorney

27                              /s/ Michelle Rodriguez for
    DATED:   1/21/09                Carl Larson (approved via phone)
28                             CARL LARSON, ESQ.
                               Counsel for defendant Kelly
```

**ORDER**

HEREBY, the Court orders, based on the complexity of this case and the stipulation of the parties, THE SENTENCING HEARING CONTINUED TO **4/17/2009**.

HEREBY FURTHER, the Court orders the following PSR sentencing schedule:

    The proposed updated Presentence Report shall
    be disclosed to counsel no later than......3/06/2009

    Counsel's written objections to the updated
    Presentence Report shall be delivered to the
    probation officer and opposing
    counsel no later than..................... 3/20/2009

    The updated Presentence Report shall be filed
    with the Court and disclosed to counsel no
    later than......................................3/27/2009

    Motion for Correction of the updated Presentence
    Report shall be filed with the Court and served on
    the Probation Officer and opposing counsel no later
    than...................................... 4/03/2009

    Reply, or Statement of Non-Opposition..... 4/10/2009

    Judgment and Sentencing date.............. 4/17/2009

Dated:   February 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2